# PAGE 1
## AFFADAVIT

FILED IN THE COURT OF APPEALS AT SAN ANTONIO TEXAS 2015 JUN 15 PM 3:47

Rolands. Perkins    § § §

AFFIANT    § § §

County of Bexar

State of Texas

The above affiant Rolands. Perkins does
so under the penalty of perjury doe state
The following

## EVIDENCE FOR DISCOVERY

These records for disovery are maintained in
the behalf of Custodian records In the Bexar
County court house, under the open records act
as well as the TDCJ CID Records Department Use
all Data sheet 9/12/2013 Calculation Sheet Will
Show Eight year Not Ten years TDCT CID.

On August 1, 2013 The above affoint
Roland S. Perkins was Sentence to 10 years Then
Two week Later 8/20/13 Amended Sentencing
was ordered Eight years Not TEN years in
144th Judge Angus McGinity

While out on Bond Roland S. Perkins SID #413464
Did complete Community Service court ordered
sanctions Higher Bond 2011-2013 The judge
Did not say The affiant could not have credit
for pretrial service should Be granted
Corrected Sentencing and Judgement.

### UNSWOR DECLARATION

Under § U.S.C. 1746 The above does
declare the following under TDCJCID # 1876813
CAUSE NO. 2012CR05092 Appeal NO. 04-13 0075ICR

June 5 2015
Date

1pg CC.

Mr. Rolands
Signature

STATE OF TEXAS
TO THE 144th District Bexar County
COURT OF APPEALS Fourth Circuit
CRIMINAL COURT OF APPEALS

ROLAND S. PERKINS PROSE
Appellant
Vs.
State of Texas 144th
Appellees

NO. 04-13-00757-CR and TRCT.NO 2012CR5082
DISTRICT COURT COURT RECORDS

Please find a MOTION UNDER MOTION FOR DISCOVERY with affadavit Habeus Corpus Relief the above Appellant in under illegal restraint denied Favorable Parole Review

Due to the present INCORRECT DATA submitted at the 144th District Court Clerk Records When honorable Judge McGinity Presided Please find Amended Corrected Judgement sheet Sent 8/20/13 8 years TDCTCID Not 10 years TDCSCID

DATE: June 8, 2015

Mr Roland Perkins
signature
TDCTCID # 01876813
Dominguez State Jail
6535 Cagnon Road
San Antonio TX 78252

CAUSE NO. 2012CR0582
APPEAL NO. 04-13-00751-CR

STATE OF TEXAS

VS.

ROLAND S. PERKINS

IN THE BEXAR COUNTY DISTRICT
*COURT 144th
*FOURTH COURT OF APPEALS
*CRIMINAL COURT OF APPEALS

# MOTION FOR DISCOVERY

TO THE HONORABLE COURTS MENTION

COMES now Rolands. Perkins Applicant Pro Se in the above caused numbered presents this MOTION FOR DISCOVERY in support will show the court the following

The Appellant petitioner war convicted of the offense DWI 3rd On or about August 1st 2013 August 1, 2013,

There was an Amended Judgement and sentencing August 20, 2013 To reflect a Eight year Sentence.

A Judgement and sentencing sheet will show Ten years later Amended signed by the Judge.

Judgement and sentencing Did PRONOUNCE 10 years later Amended sentence witness Attorney AT LAW Cornelius Cox

Fourth Court of Appeals Did modify or resentence the above appellant or modify He Is being illegally detained

Page 2                    Front/Back CC

MOTION FOR DISCOVERY
CAUSE NO. 2012 CR 5082
APPEAL NO. 04-13-00751CR

BRIEF IN SUPPORT MEMO

Federal Rules of Appellate Procedure §2250 Indigent petitioner is entitled to Documents without cost if any application of Writ of Habeus Corpus an Order has been made Permitting the petitioner to prosecute application informa Pauperis.

The Clerk of any court of the United States Shall furnish the petitioner without cost and Certified copies of such Documents or any Parts of the record on file in his office May be required by order of the Judge Before whom the application is pending indigent were given right to Free **COPY OF TRANSCRIPT**

Gideon vs Wainwright 372 U.S. 335 83 Sct 792 LE 2d 799 (1963)

The Supreme Court held that 6th Amendment imposed Affirmative finding obligation on Part of federal and State To provide at the public expense legal counsel to have their access legal counsel adequately presented in court in addition **TRIAL TRANSCRIPT** for purpose of Appealing their Conviction

CC F/B

MOTION FOR DISCOVERY    CAUSE NO. 2012CRS082
BRIEF MEMORANDOM OF LAW

THE WRIT OF HABEUS CORPUS is on extremely an old judicial deruse Its purpose is to obtain a speedy adjudication of a persons right to Liberation from illegal Detention or imprisonment

When this WRIT IS GRANTED BECAUSE OF AN ILLEGAL CONVICTION The results is a reversal from custody when a writ is Granted because of illegal confinement Ex Parte Bank 709 S.W. 2d 539 Tex Crim App (1989)

Time Prior to conviction Ex Parte Bennet 508 S.W 2d 646 Tex Crim App 1974 If resentenced By Judge or Jury can be assessed a harsher sentence Chaffen vs. Synchombe 412 U.S. (1973)

Supreme Court (1973) Texas vs. McCollough 475 U.S. 134 106 Sct 976

Bass vs state 576 Sw 2d 400 TexCim 1979 The court REVERSED CONVICTION where The DA failed to keep it end to the Plea Bargain

Ex Parte Hairston 766 SW2d Tex Crim App (1989) Defendant was able to show That mistaken Parole Eligibility Calculation was Element of Plea Bargain

Ex Parte vs Harris 596 Sw 2d 893 Tex Crim App (1980) Guilty Plea was involutary where attorney was ineffective.

MOTION FOR DISCOVERY          CAUSE NUMBER 2012 CRS 182

STATEMENT OF PRO SE

The Appellant pro se prays that this Honorable court makes a favorable finding and without reproach Direct County Clerk office Bexar County To Transmit a copy and record thus develope to to the Texas Department of Criminal Justice

The evidence is in the Copy of the Amended Sentencing To the amount of Eight years not Ten years is the actual sentenc and his pretrial community serperivision Pretrial service should reflect a favorable Parole and mandatory release;

UNSWORN DECLARATION

I Roland S. Perkins petitioner Appellant TDCSCID # 1876813, Being presently illegally incarcerated at Dominquez State Jail in The Department of Criminal Justice From San Antonio Bexar County Texas Declare under penalty of perjury That the forgoing is true and correct.

EXECUTED ON THIS 8th Day of

June 2015

mr Roland S. Perkin

Final Page CC

## CONCLUSION AND FACTS

Wherefore premises considered during the sentencing The Judge M<sup>c</sup>Ginity Did not state That the Appellent could not have his backtime pretrial community service, sanctions By the 144th Court, while on Bond 2011 - 2013 Evidence is being disclosed on his mandamus writ of habeus. corpus.

The Appeallant Petitioner prays will show The court the following:

1) He is illegally confined in a Penal instition under false Pretenses.

2) His case is nonviolent not 3G there was no vehicle Accident crime not violent The Judge did not state otherwise.

3) Court sanction where completed even on higher Bond

4) Without a copy of his Amended Judgment Sheet, shows the Appellant movant is still illegally confined please forward all finding to:

✱ OPEN RECORDS ACT
TDCJ CID
8712 Shoal Creek Blvd.
Austin Texas 78757
Ph. 512 - 465 - 3145

✱ COURT of APPEAL
Fourth Court of Appeal
300 Dolorosa ST.3200
San Antonio TX 78205 -

CC F/B

Roland S. Perkins #1876813
Dominguez State Jail
6535 Cagnon Rd
San Antonio Tx. 78252

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
11 JUN 2015 PN 3 L



COURT OF APPEALS
Fourth Court of Appeals District
CADENA REEVES JUSTICE CENTER
300 Dolorosa Suite 3200
San Antonio Texas 78205-3037

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO
2015 JUN 15 PM 12:47
KEITH E. HOTTLE, CLERK

7820530 3799

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION